## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUN -4 AM 9: 58

COPY, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **Magistrate Judge Case No:** **08 MJ 1752** |
| VS. | ) |
| | ) **COMPLAINT FOR VIOLATION OF:** |
| Annabell Lizette Plasencia | ) 21 U.S.C. S 952 & 960 |
| | ) Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

### COUNT ONE

On June 3, 2008, within the Southern District of California, Annabell Lizette Plasencia did knowingly and intentionally import approximately 30.80 kilograms (67.76 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Special Agent, U.S. Immigration and
Customs Enforcement

Sworn to before me and subscribed in my presence this 4th day of June 2008.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Estela Clark, declare under penalty of perjury, the following is true and correct:

At approximately 8:10 a.m., on June 3, 2008, Annabell Lizette PLASENCIA entered the United States from the Republic of Mexico via the San Ysidro (California) Port of Entry (POE).    PLASENCIA was the driver and sole occupant of a 1993 Mazda MPV van bearing California license plate 3EMM389.

CBPO Wili Rivera was performing primary operations when he was approached by PLASENCIA.    CBPO Rivera approached the vehicle and made contact with PLASENCIA.    PLASENCIA presented a California identification card together with her birth certificate.  PLASENCIA told CBPO Rivera that she lives in San Diego and that she had been in Mexico for one day.  PLASENCIA also stated that she had been in Mexico to visit her brother.  PLASENCIA told CBPO Rivera that she had been driving her aunt's car for one day.  CBPO Rivera received two negative Customs declarations from PLASENCIA.    PLASENCIA was escorted into the Security Office and the vehicle was taken to the Secondary Lot for further inspection.

On June 3, 2008 at approximately 8:30 a.m., CBPO Ezra De Jesus was assigned to conduct a 7-point inspection of the vehicle.    CBPO De Jesus discovered packages concealed in the spare tire, front dash, rear quarter panel, and rear seat cushion of the vehicle.  CBPO De Jesus removed 17 packages from the vehicle with a total weight of 30.80 Kilograms (67.76 pounds).  CBPO De Jesus probed a random package and removed a green leafy organic substance, which field-tested positive for marijuana.



On June 3, 2008 at approximately 11:58 a.m., Special Agent (SA) Estela Clark read PLASENCIA her rights per Miranda in the English language, as witnessed by SA Yesenia Kellmer. PLASENCIA waived her Miranda Rights and agreed to speak without an attorney present. PLASENCIA admitted that she knew there was marijuana in the vehicle. PLASENCIA stated she was taking the vehicle to San Ysidro, California. PLASENCIA admitted she was being paid $1000.00 US dollars upon delivery of the marijuana. PLASENCIA was subsequently transported to the Metropolitan Correctional Center. PLASENCIA is now pending federal prosecution.